UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUAN ROSSOUW, | § § | |
| Plaintiff, | § § | |
| v. | § § § | No. 02:13-cv-77-J |
| FRISCHE BROTHERS FERTILIZER, INC., MYLES FRISCHE, TERRY FRISCHE, GENE FRISCHE, and SHELLY FRISCHE, | § § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Ruan Rossouw, and Defendants, Frische Brothers Fertilizer, Inc., Myles Frische, Terry Frische, Gene Frische, and Shelly Frische, through their respective counsel, submit this Stipulation of Dismissal with Prejudice for the reason that all claims have been fully compromised and settled to the mutual satisfaction of all parties. The parties request that all claims asserted by Plaintiff be dismissed with prejudice with all costs of court to be paid by the party incurring those costs.

Dated: September 6, 2013

Respectfully submitted;

Kelly Utsinger
State Bar No. 20416500
Autum L. White
State Bar No. 39248
UNDERWOOD LAW FIRM, P.C.
P. O. Box 9158
Amarillo, TX 79105
Phone: (806) 376-5613
Fax: (806) 349-9476

By: /s/ Autum L. White

ATTORNEYS FOR DEFENDANTS


Jennifer K. Harbury
Attorney in Charge
Texas Bar No. 08946500
TEXAS RIOGRANDE LEGAL AID, INC.
300 S.Texas Blvd.
Weslaco, TX 78596
Tel. (956) 447-4800
Fax (956) 968-8823

Tim Hoffman
Local Counsel
Texas Bar No. 09788600
Hoffman, Sheffield, Sauseda & Hoffman
1008 S. Madison
Amarillo, Texas 79101
Tel. (806)-376-8903
Fax (806)-376-5345

By: /s/ Jennifer K. Harbury

ATTORNEYS FOR PLAINTIFF ROSSOUW